| | | | |
|---|---|---|---|
| Christaldi v. Board of Probation and Parole .......... | 12/21/2015 594 MAL (2015) | Denied | |
| Com. ex rel. Kane v. Philip Morris USA, Inc.; R.J. Reynolds Tobacco Co., In re; Liggett Group LLC, In re [49] ..... | 12/23/2015 265, 266 EAL (2015) | Denied | Pa.Cmwlth., 114 A.3d 37 |
| King v. Riverwatch Condominium Owners Ass'n [50] ... | 12/29/2015 518–523 MAL (2015) | Denied | Pa.Cmwlth., 112 A.3d 702 |
| Lam v. W.C.A.B. (Nabisco, Inc.) [51] .. | 12/23/2015 428 EAL (2015) | Denied | |
| Liss v. W.C.A.B. (Owen J. Roberts School Dist.) [52] ... | 12/31/2015 373 EAL (2015) | Denied | |
| McCray v. Pennsylvania Bd. of Probation and Parole [53] ........... | 12/29/2015 822 MAL (2015) | Denied | |
| McKeesport Area School Dist. v. Young Scholars of McKeesport Charter School [54] ...... | 12/29/2015 329 WAL (2015) | Denied | Pa.Cmwlth., 118 A.3d 495 |

49. Justice EAKIN did not participate in the decision of this matter.

50. Justice EAKIN did not participate in the decision of this matter.

51. Justice EAKIN did not participate in the decision of this matter.

52. Justice EAKIN did not participate in the decision of this matter.

53. Justice EAKIN did not participate in the decision of this matter.

54. Justice EAKIN did not participate in the decision of this matter.